So Ordered,

/s/(ARR)

ALLYNE R. ROSS, U.S.D.J.

6/27/20

**BARSHAY SANDERS, PLLC**
100 Garden City Plaza, Suite 500
Garden City, NY 11530
Tel: (516) 203-7600
Our File No: 117924
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| DORIS ENCARNADO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>-against-<br><br>CLIENT SERVICES, INC.,<br><br>Defendant. | Docket No: 1:20-cv-01400-ARR-RML |

**NOTICE OF VOLUNTARY DISMISSAL**
**PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff and/or Plaintiff's counsel, hereby give notice that whereas no party is an infant or incompetent the above-captioned action is voluntarily dismissed.

Dated: June 26, 2020

                                              **BARSHAY SANDERS, PLLC**

                                              By:   */s Jonathan M. Cader*
                                              Jonathan M. Cader
                                              100 Garden City Plaza, Suite 500
                                              Garden City, New York 11530
                                              Tel. (516) 203-7600
                                              Email: *jcader@BarshaySanders.com*
                                              Our File No: 117924
                                              *Attorneys for Plaintiff*